USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOLUB CAPITAL LLC,

      Plaintiff,

  -v-              21-cv-3991 (LJL)

NB ALTERNATIVES ADVISERS LLC and  ORDER
NEUBERGER BERMAN GROUP LLC d/b/a DYAL
CAPITAL PARTNERS,

      Defendants.
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  Defendants are directed to follow Rule 2G of the Court's Individual Practices, which requires the proposed sealed document to be contemporaneously filed under seal in the ECF system. Defendants are directed that filings should be redacted to safeguard the confidentiality only of that information entitled to protection under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

  SO ORDERED.

Dated: May 10, 2021          _____
   New York, New York         LEWIS J. LIMAN
                  United States District Judge