USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOLUB CAPITAL LLC,

                Plaintiff,

   -v-

NB ALTERNATIVES ADVISERS LLC and
NEUBERGER BERMAN GROUP LLC (d/b/a DYAL
CAPITAL PARTNERS),

                Defendants.
------------------------------------------------------------------X

21-cv-3991 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Clerk of Court is respectfully directed to strike document number 39.

    SO ORDERED.

Dated: May 17, 2021
       New York, New York

                                               LEWIS J. LIMAN
                                               United States District Judge