```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GOLUB CAPITAL LLC,                                               :
                                                                 :
                              Plaintiff,                         :
                                                                 :        21-cv-3991 (LJL)
        -v-                                                      :
                                                                 :            ORDER
NB ALTERNATIVES ADVISERS LLC and                                 :
NEUBERGER BERMAN GROUP LLC (d/b/a DYAL                           :
CAPITAL PARTNERS),                                               :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     The motion to file redacted versions of Exhibit B and C to the Declaration of Michael Rees is GRANTED. The joint letter moving to seal the exhibits should be filed on the public docket. The Clerk of Court is respectfully directed to close Dkt. No. 44.

     SO ORDERED.

Dated: May 24, 2021
      New York, New York
                                                  LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021