UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOLUB CAPITAL LLC, | : | |
| Plaintiff, | : | |
| -v- | : | 21-CV-03991(LJL) |
| NB ALTERNATIVES ADVISERS LLC and NEUBERGER BERMAN GROUP LLC (d/b/a DYAL CAPITAL PARTNERS), | : | ECF Case |
| Defendants. | : | |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the Complaint ("Complaint") filed May 5, 2021 (ECF No. 9); Defendants NB Alternatives Advisers LLC and Neuberger Berman Group LLC's (together, "Defendants") Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint; the accompanying Declaration of Christopher P. Malloy, dated June 30, 2021, and the exhibits attached thereto; and upon all prior papers and proceedings herein, Defendants will move this Court before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at a time designated by the Court for an order dismissing the Complaint in its entirety with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and awarding such other and further relief as the Court may deem just and proper.

Pursuant to the parties' agreed-upon proposed Case Management Plan and Scheduling Order (ECF No. 53), Plaintiff Golub Capital LLC shall file any opposition to this motion by July 30, 2021, and Defendants shall file any reply by August 30, 2021.

Dated: New York, New York
June 30, 2021

/s/ Christopher P. Malloy
Christopher P. Malloy
Susan L. Saltzstein
Scott D. Musoff
Abigail E. Davis
Shaud G. Tavakoli
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
christopher.malloy@skadden.com
susan.saltzstein@skadden.com
abigail.sheehan@skadden.com
shaud.tavakoli@skadden.com

*Attorneys for Defendants*