**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GOLUB CAPITAL LLC,

                Plaintiff,                  21 **CIVIL** 3991 (LJL)

       -against-                      **JUDGMENT**

NB ALTERNATIVES ADVISERS LLC,
NEUBERGER BERMAN GROUP LLC d/b/a
DYAL CAPITAL PARTNERS,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 22, 2022, the motion to dismiss is GRANTED with prejudice; accordingly, the case is close.

**Dated:**  New York, New York
           February 23, 2022

                                                                     **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                      **BY:**
                                                                         **Deputy Clerk**